838 F.2d 571
 267 U.S.App.D.C. 273
 Transcontinental Gas Pipe Line Corporation
v.
Federal Energy Regulatory Commission, CF Industries, Inc.,
Interstate Natural Gas Association of America, Public
Service Electric and Gas Co., United Gas Pipeline Co.,
Public Service Co. of North Carolina, Inc., North Carolina
Utilities Commission, Pennsylvania Gas and Water Company
 NO. 86-1358
 United States Court of Appeals,
District of Columbia Circuit.
 FEB 16, 1988
 
 1
 Appeal From: F.E.R.C.
 
 
 2
 AFFIRMED *.